JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH RONDA, et al.**, <br>       Plaintiffs, <br>     v. <br> **QUALITY LOAN SERVICES CORP., et al.**, <br>       Defendants. | Case No.: CV 1355-DMG (MRWx) <br><br> **JUDGMENT** |

    The Court having granted the motion to dismiss of Defendants Rushmore Loan Management Services LLC and MTGLQ Investors [Doc. # 26], joined by Defendant Quality Loan Services Corporation [Doc. # 28],

    IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of all Defendants and against Plaintiffs Ralph Ronda and Gladys Ronda.

DATED: May 31, 2019

                                                      _____ <br>
                                                      DOLLY M. GEE <br>
                                                      UNITED STATES DISTRICT JUDGE